# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

FILED IN OPEN COURT

ON __11/8/2017__

Peter A. Moore, Jr.
US District Cour
Eastern District of N.C.

United States of America
v.
Johnny Junior Williams

)
)
)
)
)
)
)
)

Case No:   5:08-CR-295-1BO

USM No:   25834-056

Date of Original Judgment:        March 17, 2009

Date of Previous Amended Judgment:

*(Use Date of Last Amended Judgment if Any)*

Suzanne Little

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of _____ months **is reduced to** _____

The offense level resulted from the application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 17, 2009,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   *11·8·17*

Judge's signature

Effective Date: _____

*(if different from order date)*

Terrence W. Boyle   U.S. District Judge

*Printed name and title*